THE STATE EX REL. WILSON, APPELLANT, *v.* CITY OF ASHTABULA; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Wilson v. Ashtabula* (1998), 83 Ohio St.3d 401.]

(No. 97–2570—Submitted August 19, 1998—Decided October 21, 1998.)

---

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Barry Laine,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Laurel Blum Mazorow,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.